# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

    vs.                    4:19CR00117-10-BRW

**CLANSEY COLE HEDRICK**

## ORDER SETTING HEARING FOR SUMMONS

Pending is the Motion for Summons and Revocation (Doc. No. 478). The Clerk's office is directed to issue a summons for the defendant, Clansey Cole Hedrick, and a Hearing on the Motion is reset for **Wednesday, January 10, 2024, at 2:00 P.M.**, **before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 600 West Capitol**, **Courtroom #A401, Little Rock, Arkansas**.

Attorney Nicki Nicolo has been as appointed counsel through the Criminal Just Act.

IT IS SO ORDERED this 20th day of December, 2023.

                                          BILLY ROY WILSON
                                   UNITED STATES DISTRICT JUDGE